# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

MICHAEL B. MUSE                                                                                    PLAINTIFF

V.                                                              CIVIL ACTION NO. 1:20-CV-239-GHD-RP

TRANS UNION, LLC;
EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.; and
FAIR COLLECTIONS & OUTSOURCING, INC.                                                               DEFENDANTS

## ORDER OF DISMISSAL FOLLOWING STIPULATION

Having examined the foregoing Stipulation of Dismissal [18] of the Plaintiff's claims in the above-captioned matter filed by the Plaintiff and Defendant Experian Information Solutions, Inc. seeking the dismissal with prejudice of Defendant Experian Information Solutions, Inc., from this action, the Court finds that the agreed-upon Stipulation should be GRANTED.

The Court also notes that the three other defendants in this case have already been terminated from these proceedings, following the voluntary dismissal with prejudice of Defendants Equifax Information Service, LLC, and Fair Collections & Outsourcing, Inc. [13] and the dismissal with prejudice of Defendant Trans Union, LLC, following the joint Stipulation of Dismissal filed by the parties [16]. Consequently, dismissing Defendant Experian Information Solutions, Inc., would effectively end this case.

It is therefore ORDERED that Defendant Experian Information Solutions, Inc., is DISMISSED WITH PREJUDICE, with each party to bear its own fees and costs. Furthermore, it is ORDERED that this case is CLOSED.

SO ORDERED, this, the 25-a day of June, 2021.

_____
SENIOR U.S. DISTRICT JUDGE